UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRIAN BAGINSKI, | ) CASE NO. 1:21-cv-00450 |
| Plaintiff, | ) |
| | ) JUDGE PATRICIA A. GAUGHAN |
| v. | ) |
| | ) **STIPULATED DISMISSAL** |
| NORTH COAST LOGISTICS, INC., | ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P 41, the parties stipulate to the dismissal of this case with prejudice, with each party paying its own costs.

Respectfully submitted,

So Ordered.
/s/ Patricia A. Gaughan
12/20/21

| | |
|---|---|
| /s/ Dennis R. Fogarty | /s/ James O'Connor |
| Dennis R. Fogarty (0055563) | James O'Connor (0063428) |
| Davis & Young | Katie Lynn Zorc (0092714) |
| 29010 Chardon Road | Reminger Co., L.P.A. |
| Willoughby Hills, Ohio 44092 | 101 West Prospect Avenue, Suite 1400 |
| Phone: (216) 377-2711 | Cleveland, Ohio 44115 |
| Email: dfogarty@davisyoung.com | Phone: (216) 687-1311 |
| *Attorney for Plaintiff Brian Baginski* | Email: joconnor@reminger.com |
| | kzorc@reminger.com |
| | *Attorneys for Defendant North Coast Logistics, Inc.* |